**UNITED STATES of America, Plaintiff–Appellee**

v.

**Filogonio Velasquez MEJIA, also known as Fernando Mejia Velasquez, also known as Filogonio Mejia Velasquez, also known as Fernando Mejia–Barrera, also known as Filogonio Velasquez–Mejia, also known as Miguel A. Hernandez, also known as Miguel Hernandez–Mejia, also known as Miguel Angel Hernandez, Defendant–Appellant**

**No. 15–20645 Conference Calendar**

United States Court of Appeals, Fifth Circuit.

Date Filed: 06/21/2016

Renata Ann Gowie, Assistant U.S. Attorney, U.S. Attorney's Office, Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

Filogonio Velasquez Mejia, Eden, TX, Pro Se.

Before JONES, CLEMENT, and OWEN, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Filogonio Velasquez Mejia has moved for leave to withdraw and has

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Velasquez Mejia has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.